UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215)597-7704

June 23, 2005

RECEIVED

JUN 27 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
450 Golden Gate Avenue
Post Office Box 36060
San Francisco, CA 94102-3489

MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
C.A. 3:05-970 (Billingsley, et al)

Dear Clerk:

The enclosed Transfer Order is being sent to you regarding the involved action. It has been properly identified as multidistrict litigation asbestos case. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Sharon Carter
MDL Coordinator

enclosure

A CERTIFIED TRUE COPY

JUN 16 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 7 2005

JUN 16 2005

FILED
CLERK'S OFFICE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 875

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Jacqueline Billingsley, et al. v. Center for Claims Resolution, Inc., et al.*, N.D. California, C.A. No. 3:05-970

*Murphy Exploration & Production Co. v. McCarty Corp., et al.*, E.D. Louisiana, C.A. No. 2:04-1554

**BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL[*] AND DAVID R. HANSEN, JUDGES OF THE PANEL**

## TRANSFER ORDER

Before the Panel are unopposed motions brought, pursuant to 28 U.S.C. § 1407, by i) six defendants in one Northern District of California action (Certainteed Corp., Dana Corp., Maremont Corp., Pfizer, Inc., Union Carbide Corp., and Bayer CropScience, Inc), and ii) the plaintiff in one Eastern District of Louisiana action (Murphy Exploration & Production Co.). Movants ask the Panel to transfer their respective action to the Eastern District of Pennsylvania for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Charles R. Weiner.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania, and that transfer of the actions to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. We find that transfer of the actions is appropriate for reasons expressed by the Panel in its original decision in this docket directing centralization of all pending federal court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos or asbestos containing products. *See In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415 (J.P.M.L. 1991).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these two actions are transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: 6-24-05
ATTEST:

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

---

[*] Judge Vratil took no part in the disposition of this matter.