LISA L. OBERG (BAR NO. 120139)
DANIEL B. HOYE (BAR NO. 139683)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendants
CERTAINTEED CORPORATION, DANA
CORPORATION, MAREMONT CORPORATION,
UNION CARBIDE CORPORATION and BAYER
CROPSCIENCE INC.


RICHARD M. GRANT (BAR NO. 55677)
BRAYTON PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169
*Telephone:* (415) 898-1555
*Facsimile:* (415) 898-1247

Attorneys for Plaintiffs
JACQUELINE BILLINGSLEY, *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BILLINGSLEY, *et al.*, | CASE NO. 05-cv-00970 MHP |
| Plaintiffs, | **STIPULATION TO CONTINUE SETTING STATUS CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1, 2010** |
| v. | |
| CENTER FOR CLAIMS RESOLUTION INC., *et al.* | |
| Defendants. | |

**STIPULATION**

WHEREAS, on November 20, 2009, the Clerk of the United States District Court for the Northern District of California issued a Notice of Setting Status Conference to be held on February 1, 2010, at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California;

WHEREAS, the Notice of Setting Status Conference requires the parties to file a joint status report not later than one week prior to the Setting Status Conference;

WHEREAS, Amir Sarrashtehdary, the attorney assigned to handle this matter on behalf of the law firm of Brayton Purcell, counsel for Plaintiffs, began family medical leave for an unspecified period of time beginning January 14, 2010, as a result of his wife caesarian delivery of the couple's newborn child;

WHEREAS, a new attorney is being assigned to assume Sarrashtehdary's responsibilities for this case;

WHEREAS, Mr. Sarrashtehdary's absence and the assignment of a new attorney to assume his responsibilities interferes with the parties' ability to timely complete and file the required joint status report prior to the February 1, 2010 Setting Status Conference;

WHEREAS, no previous extensions or modifications of time have been sought by any party to this action;

WHEREAS, there is currently no trial date or discovery cut-off date set for this action;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel that the Setting Status Conference currently to set for February 1, 2010, may be continued to March 1, 2010, at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California to allow the parties additional

///
///
///
///

time to prepare the required joint status report.  A proposed order is attached.

Dated: _____                MCKENNA LONG & ALDRIDGE LLP


By: _____/s/ Daniel B. Hoye_____
      L<small>ISA</small> L. O<small>BERG</small>
      D<small>ANIEL</small> B. H<small>OYE</small>

Attorneys for Defendants
CERTAINTEED CORPORATION,
DANA CORPORATION, MAREMONT
CORPORATION, UNION CARBIDE
CORPORATION and BAYER
CROPSCIENCE INC.


Dated: _____                BRAYTON PURCELL LLP


By: _____
      R<small>ICHARD</small> M. G<small>RANT</small>

Attorneys for Plaintiffs
JACQUELINE BILLINGSLEY, *et al*.

1 | time to prepare the required joint status report. A proposed order is attached.

3 | Dated: _____  MCKENNA LONG & ALDRIDGE LLP

5 | By:_____
   |     LISA L. OBERG
6 |     DANIEL B. HOYE

7 | Attorneys for Defendants
  | CERTAINTEED CORPORATION,
8 | DANA CORPORATION, MAREMONT
  | CORPORATION, UNION CARBIDE
9 | CORPORATION and BAYER
  | CROPSCIENCE INC.

12 | Dated: 1/19/10   BRAYTON PURCELL LLP

14 | By:_____
   |     RICHARD M. GRANT

15 | Attorneys for Plaintiffs
16 | JACQUELINE BILLINGSLEY, et al.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BILLINGSLEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CENTER FOR CLAIMS RESOLUTION INC., *et al.*<br><br>　　　　　Defendants. | CASE NO. 05-cv-00970 MHP<br><br>[PROPOSED] ORDER CONTINUING SETTING STATUS CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1, 2010 |

### PROPOSED ORDER

　　　The Setting Status Conference currently to set for February 1, 2010, is continued to March 1, 2010, at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco. A joint status report shall be filed not later than one week prior to the March 1, 2010 Setting Status Conference.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:　1/21/2010

*[Signature: Judge Marilyn H. Patel]*
*IT IS SO ORDERED*

1  LISA L. OBERG (BAR NO. 120139)
   DANIEL B. HOYE (BAR NO. 139683)
2  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
3  41st Floor
   San Francisco, CA 94111
4  *Telephone:* (415) 267-4000
   *Facsimile:* (415) 267-4198
5
   Attorneys for Defendants
6  CERTAINTEED CORPORATION, DANA
   CORPORATION, MAREMONT CORPORATION,
7  UNION CARBIDE CORPORATION and BAYER
   CROPSCIENCE INC.
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BILLINGSLEY, *et al.*, | CASE NO. 05-cv-00970 MHP |
| Plaintiffs, | **PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM** |
| v. | |
| CENTER FOR CLAIMS RESOLUTION INC., *et al.* | |
| Defendants. | |

# Proof Of Service Via United States District Court Electronic Document Filing System

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. On January 20, 2010, I electronically served a true and correct copy of the within document(s):

**STIPULATION TO CONTINUE SETTING STATUS CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1, 2010**

**[PROPOSED] ORDER CONTINUING SETTING STATUS CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1, 2010**

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 20, 2010, at San Francisco, California.

/s/ Cary Ann Rosko
CARY ANN ROSKO