1   LISA L. OBERG (BAR NO. 120139)
    DANIEL B. HOYE (BAR NO. 139683)
2   MCKENNA LONG & ALDRIDGE LLP
    101 California Street
3   41st Floor
    San Francisco, CA  94111
4   *Telephone:*    (415) 267-4000
    *Facsimile:*    (415) 267-4198
5
    Attorneys for Defendants
6   CERTAINTEED CORPORATION, DANA
    CORPORATION, MAREMONT CORPORATION,
7   UNION CARBIDE CORPORATION and BAYER
    CROPSCIENCE INC.
8

9   RICHARD M. GRANT (BAR NO. 55677)
    BRAYTON PURCELL LLP
10  222 Rush Landing Road
    P.O. Box 6169
11  Novato, CA  94948-6169
    *Telephone:* (415) 898-1555
12  *Facsimile:* (415) 898-1247

13  Attorneys for Plaintiffs
    JACQUELINE BILLINGSLEY, *et al.*
14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18  JACQUELINE BILLINGSLEY, *et al.*,        | CASE NO. 05-cv-00970 MHP

19              Plaintiffs,                   | **STIPULATION TO CONTINUE SETTING
                                              | STATUS CONFERENCE FROM
20       v.                                   | FEBRUARY 1, 2010 TO MARCH 1, 2010**

21  CENTER FOR CLAIMS RESOLUTION
    INC., *et al.*
22
                Defendants.
23

24

25

26

27

28

**STIPULATION**

1

2          WHEREAS, on November 20, 2009, the Clerk of the United States District Court for the

3   Northern District of California issued a Notice of Setting Status Conference to be held on

4   February 1, 2010, at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450

5   Golden Gate Avenue, 18th Floor, San Francisco, California;

6          WHEREAS, the Notice of Setting Status Conference requires the parties to file a joint

7   status report not later than one week prior to the Setting Status Conference;

8          WHEREAS, Amir Sarrashtehdary, the attorney assigned to handle this matter on behalf of

9   the law firm of Brayton Purcell, counsel for Plaintiffs, began family medical leave for an

10  unspecified period of time beginning January 14, 2010, as a result of his wife caesarian delivery

11  of the couple's newborn child;

12         WHEREAS, a new attorney is being assigned to assume Sarrashtehdary's responsibilities

13  for this case;

14         WHEREAS, Mr. Sarrashtehdary's absence and the assignment of a new attorney to

15  assume his responsibilities interferes with the parties' ability to timely complete and file the

16  required joint status report prior to the February 1, 2010 Setting Status Conference;

17         WHEREAS, no previous extensions or modifications of time have been sought by any

18  party to this action;

19         WHEREAS, there is currently no trial date or discovery cut-off date set for this action;

20

21         THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their

22  undersigned counsel that the Setting Status Conference currently to set for February 1, 2010, may

23  be continued to March 1, 2010, at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom

24  15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California to allow the parties additional

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE SETTING STATUS CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1, 2010

1    time to prepare the required joint status report.  A proposed order is attached.

2

3    Dated:  _____                    MCKENNA LONG & ALDRIDGE LLP

4

5                                               By:_____/s/ Daniel B. Hoye_____
                                                    LISA L. OBERG
6                                                   DANIEL B. HOYE

7                                               Attorneys for Defendants
                                                CERTAINTEED CORPORATION,
8                                               DANA CORPORATION, MAREMONT
                                                CORPORATION, UNION CARBIDE
9                                               CORPORATION and BAYER
                                                CROPSCIENCE INC.
10

11

12   Dated:  _____                    BRAYTON PURCELL LLP

13

14                                              By:_____
                                                    RICHARD M. GRANT
15
                                                Attorneys for Plaintiffs
16                                              JACQUELINE BILLINGSLEY, *et al.*

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1    time to prepare the required joint status report.  A proposed order is attached.

2

3    Dated: _____          MCKENNA LONG & ALDRIDGE LLP

4

5                                          By:_____
                                                    LISA L. OBERG
6                                                   DANIEL B. HOYE               .

7                                          Attorneys for Defendants
                                           CERTAINTEED CORPORATION,
8                                          DANA CORPORATION, MAREMONT
                                           CORPORATION, UNION CARBIDE
9                                          CORPORATION and BAYER
                                           CROPSCIENCE INC.
10

11

12   Dated: _____1/19/10_____              BRAYTON PURCELL LLP

13

14                                         By:_____
                                                    RICHARD M. GRANT
15
                                           Attorneys for Plaintiffs
16                                         JACQUELINE BILLINGSLEY, et al.

17

18

19

20

21

22

23

24

25

26

27

28

                                      - 3 -

1
2
3
4

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

5
6
7

8   JACQUELINE BILLINGSLEY, *et al.*,          CASE NO. 05-cv-00970 MHP

9              Plaintiffs,                      [PROPOSED] ORDER CONTINUING
                                                SETTING STATUS CONFERENCE FROM
10       v.                                     FEBRUARY 1, 2010 TO MARCH 1, 2010

11  CENTER FOR CLAIMS RESOLUTION
    INC., *et al.*
12
             Defendants.
13

14
15

### PROPOSED ORDER
16
17       The Setting Status Conference currently to set for February 1, 2010, is continued to March

18  1, 2010, at 3:00 p.m., before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate

19  Avenue, 18th Floor, San Francisco.  A joint status report shall be filed not later than one week

20  prior to the March 1, 2010 Setting Status Conference.

         PURSUANT TO STIPULATION, IT IS SO ORDERED.
21
22
23

24  Dated:    1/21/2010

25                                              IT IS SO ORDERED
                                                Judge Marilyn H. Patel
26
27
28

1  LISA L. OBERG (BAR NO. 120139)
   DANIEL B. HOYE (BAR NO. 139683)
2  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
3  41st Floor
   San Francisco, CA  94111
4  *Telephone:*     (415) 267-4000
   *Facsimile:*     (415) 267-4198
5
   Attorneys for Defendants
6  CERTAINTEED CORPORATION, DANA
   CORPORATION, MAREMONT CORPORATION,
7  UNION CARBIDE CORPORATION and BAYER
   CROPSCIENCE INC.
8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12 | JACQUELINE BILLINGSLEY, *et al*., | CASE NO. 05-cv-00970 MHP |
   |---|---|
13 | Plaintiffs, | **PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM** |
14 | v. | |
15 | CENTER FOR CLAIMS RESOLUTION INC., *et al.* | |
16 | | |
17 | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

1

**PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM**

2

3

4    I am a citizen of the United States and employed in the County of San Francisco,

5 California.  I am over the age of eighteen years and not a party to the within-entitled action.  My

6 business address is 101 California Street, 41st Floor, San Francisco, California  94111.  On

7 January 20, 2010, I electronically served a true and correct copy of the within document(s):

8    **STIPULATION TO CONTINUE SETTING STATUS**
      **CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1,**
9      **2010**

10    **[PROPOSED] ORDER CONTINUING SETTING STATUS**
       **CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 1,**
11      **2010**

12 via the United States District Court, Northern District of California's Official Court Electronic

13 Document Filing System on the recipients designated on the Notice of Electronic Filing or Other

14 Activity generated by the Court's website.

15    I declare that I am employed in the office of a member of the bar of this court at whose

16 direction the service was made.  I further declare under penalty of perjury under the laws of the

17 State of California that the above is true and correct.

18    Executed on January 20, 2010, at San Francisco, California.

19

20                                                                    /s/  Cary Ann Rosko
                                                                      CARY ANN ROSKO
21

22

23

24

25

26

27

28