# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE BILLINGSLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR CLAIMS RESOLUTION, INC., *et al.*, <br><br> Defendants. | Case No. 05-cv-00970 MHP <br><br> [~~PROPOSED~~] ORDER CONTINUING SETTING STATUS CONFERENCE FROM MARCH 1, 2010 TO MARCH 22, 2010 |

## ~~PROPOSED~~ ORDER

The Status Conference currently set for March 1, 2010, is continued to March 22, 2010, at 3:00 p.m., before the Honorable Marilyn H. Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco. A joint status report shall be filed not later than one week prior to the March 22, 2010 Status Conference.

Dated: 2/9/2010

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Marilyn H. Patel