UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE BILLINGSLEY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTER FOR CLAIMS RESOLUTION, INC., *et al.*,<br><br>    Defendants. | Case No. 05-cv-00970 MHP<br><br>**[PROPOSED]** ORDER CONTINUING SETTING STATUS CONFERENCE FROM MARCH 1, 2010 TO MARCH 22, 2010 |

### ~~PROPOSED~~ ORDER

The Status Conference currently set for March 1, 2010, is continued to March 22, 2010, at 3:00 p.m., before the Honorable Marilyn H. Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco. A joint status report shall be filed not later than one week prior to the March 22, 2010 Status Conference.

Dated: 2/9/2010

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Case No. 05-cv-00970 MHP
[PROPOSED] ORDER CONTINUING SETTING STATUS CONFERENCE TO MARCH 22, 2010