IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLINGSLEY ET AL, | No. C 05-00970 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CENTER FOR CLAIMS RESOLUTION, INC., ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 8, 2010</u> at <s>3:00 p.m.</s> 4 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 1, 2011</u>.

DESIGNATION OF EXPERT NAMES: <u>August 30, 2010</u>; EXPERT REPORTS: <u>September 29, 2010</u>.

Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 1, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 15, 2011</u>;

Opp. Due <u>April 29, 2011</u>; Reply Due <u>May 6, 2011</u>;

and set for hearing no later than <u>May 20, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 21, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 5, 2011</u> at <u>8:30 AM</u>.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall request some type of ADR process by May 7, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge