| | |
|---|---|
| 1 | Amir S. Sarreshtehdary (Bar No. 218394) |
|   | Richard M. Grant (Bar No. 55677) |
| 2 | **BRAYTON PURCELL LLP** |
|   | 222 Rush Landing Road |
| 3 | P.O. Box 6169 |
|   | Novato, CA 94948-6169 |
| 4 | Tel.: 415.898.1555 |
|   | Fax: 415.898.1247 |
| 5 | |
|   | *Attorneys for Plaintiffs* |
| 6 | Jacqueline Billingsley, *et al*. |
| 7 | Lisa L. Oberg  (Bar No. 120139) |
|   | *loberg@mckennalong.com* |
| 8 | Daniel Hoye (Bar No. 139683) |
|   | *dhoye@mckennalong.com* |
| 9 | **MCKENNA LONG & ALDRIDGE LLP** |
|   | 101 California Street, 41st Floor |
| 10 | San Francisco, CA  94111 |
|    | Tel.: 415.267.4000 |
| 11 | Fax: 415.267.4198 |
| 12 | William R. Hanlon (pro hac vice) |
|    | *whanlon@goodwinprocter.com* |
| 13 | William F. Sheehan (pro hac vice) |
|    | *wsheehan@goodwinprocter.com* |
| 14 | Kathryn F. Lazarev (pro hac vice) |
|    | *klazarev@goodwinprocter.com* |
| 15 | **GOODWIN PROCTER LLP** |
|    | 901 New York Avenue NW |
| 16 | Washington, DC  20001 |
|    | Tel.: 202.346.4000 |
| 17 | Fax: 202.346.4444 |
| 18 | *Attorneys for Defendants* |
|    | CertainTeed Corp., Dana Comp., LLC, |
| 19 | Maremont Corp., Union Carbide Corp., and |
|    | Bayer Cropscience, Inc. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED ORDER] CONTINUING FURTHER                                   CASE NO. 05-CV-00970-SI
CASE MANAGEMENT CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACQUELINE BILLINGSLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR CLAIMS RESOLUTION, et al., <br><br> Defendants. | Case No. 05-cv-00970 SI <br><br> **[PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE TO OCTOBER 1, 2010** |

**<u>PROPOSED ORDER</u>**

The further Case Management Conference currently scheduled for July 8, 2010, at 4 p.m., is continued until October 1, 2010, at 3 p.m., after resolution of the pending scheduled Settlement Conference before Magistrate Judge Ryu on September 10, 2010. A joint status report shall be filed not later than one week prior to the continued further Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:_____

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 2 -

[PROPOSED ORDER] CONTINUING FURTHER
CASE MANAGEMENT CONFERENCE

CASE NO. 05-CV-00970-SI